UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **ARMSTRONG, JULIA LYNN SCHADE** ) | Bankruptcy Case No. 18-81552 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 28, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ARMSTRONG, JULIA LYNN SCHADE
515 South Boulevard, Apt. 1W
Oak Park, IL 60302

GARY C. FLANDERS
ONE COURT PLACE, SUITE 201
ROCKFORD, IL 61101
*(VIA ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Navient Solutions, LLC.
220 Lasley Avenue
Wilkes-Barre, PA 18706

U.S. Bank NA dba Elan Financial Services
PO Box 108
St. Louis, MO 63166-0108

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com